# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4164
_____

JARRELL A. MORRIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

December 5, 2018


PER CURIAM.

Upon consideration of Appellant's response to the Court's order of July 30, 2018, the Court has determined that the appeal is untimely. Accordingly, the appeal is dismissed. Appellant's request for an extension of time to file the initial brief is denied as moot. Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

LEWIS, WETHERELL, and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jarrell A. Morris, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.